**THE HYGRADE NO. 12.**

**THE DREDGE NO. 1.**

**TANKER HYGRADE NO. 12, Inc., as owner of the Tank Barge HYGRADE NO. 12, Libellant-Appellee, v. AMERICAN PIPE & CONSTRUCTION COMPANY and DREDGE NO. 1, Respondent-Claimant-Appellant.**

Nos. 345, 346.

Circuit Court of Appeals, Second Circuit.

June 27, 1941.

Wait, Wilson & Newton, of New York City (Frederick W. Newton and Howard G. Wilson, both of New York City, of counsel), for appellant.

Foley & Martin, of New York City (John R. Stewart and Christopher E. Heckman, both of New York City, of counsel), for appellees.

Before SWAN, CLARK and FRANK, Circuit Judges.

PER CURIAM.

Decrees, 33 F.Supp. 652, affirmed.

**STANDARD TOWING CORPORATION, as owner of the barges MORTIMER B. FULLER and WARREN W. CLUTE, Libellant-Appellee, v. The Motorship MICHIGAN, MICHIGAN ATLANTIC CORPORATION, Claimant-Appellant.**

No. 364.

Circuit Court of Appeals, Second Circuit.

June 27, 1941.

Macklin, Brown, Lenahan & Speer, of New York City (Leo F. Hanan, of New York City, of counsel), for appellant.

Mahar & Mason, of New York City (Frank C. Mason, of New York City, of counsel), for appellee.

Before SWAN, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Decree, 32 F.Supp. 325, affirmed.

**THE WILLIAM F. HUMPHREY.**
**THE POTTER.**

**TIDE WATER ASSOCIATED OIL COMPANY, Owner of Steamship William F. Humphrey, Libellant-Appellee, v. UNITED STATES of America, Owner of Motor Vessel Potter, Respondent-Appellant.**

**UNITED STATES of America, Cross-Libellant-Appellant, and Glens Falls Insurance Company et al., Intervenors-Appellants, v. Steamship WILLIAM F. HUMPHREY, Her Engines, Boilers, etc., Tide Water Associated Oil Company, Claimant-Appellee.**

No. 349.

Circuit Court of Appeals, Second Circuit.

June 27, 1941.

See, also, 34 F.Supp. 236.

Harold M. Kennedy, U. S. Atty., of Brooklyn, N. Y. (William E. Collins, Sp. Asst. to the U. S. Atty., of New York City, of counsel), for the United States.

Burlingham, Veeder, Clark & Hupper, of New York City (Chauncey I. Clark and Adrian J. O'Kane, both of New York City, of counsel), for intervening petitioners, appellants.

Pyne & Lynch, of New York City (Warner Pyne, Vincent A. Catoggio, Jr., and O. Taft Nelson, all of New York City, of counsel), for Tide Water Associated Oil Co.

Before SWAN, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Decree affirmed on opinion below, 26 F. Supp. 1.